UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN DILLARD,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA TAYLOR, MATTHEW CLIFFORD, DEBORA A. HUNTSMAN, and DAVID C. NYE,<br><br>Defendants. | Case No. 1:26-cv-00579-AKB<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

Having reviewed pro se plaintiff Jonathan Dillard's Complaint, the Court finds that the allegations in the pleadings here duplicate those made in his other two pending lawsuits, Case No. 1:26-cv-0577-DCN, *Dillard v. Nye, et al*., ("Case 577"); and Case No. 1:26-cv-00578-BLW, *Dillard v. United States DOJ, et al*. ("Case 578"). In fact, Plaintiff has filed many of the same documents in all three pending cases, and most of the defendants are the same.

"It is malicious per se for a pauper to file successive In Forma Pauperis suits that duplicate claims made in other pending or previous lawsuits." *See Brinson v. McKeeman*, 992 F. Supp. 897, 912 (D. Tex. 1997); *see Scott v. Weinberg*, 2007 WL 963990, at *12 (D. Wash. 2007) (malicious suits include those that are "attempt[s] to vex, injure, or harass the defendants", that are "plainly abusive of the judicial process or merely repeat[] pending or previously litigated claims," or that can be characterized as "irresponsible or harassing litigation"); *see Thomas v. Commonwealth of Virginia*, 2005 WL 1074333, at *5 (D. Va. 2005) (repetitive lawsuit was frivolous and malicious where plaintiff was told in his previous suit that he had not stated a claim).

Accordingly, the Court will dismiss this duplicate lawsuit without prejudice. Plaintiff may bring any cognizable and actionable claims in an amended pleading in Case 578.

**ORDER**

**IT IS ORDERED:**

1. Plaintiff may not proceed in this case because it duplicates claims made in his other pending cases.
2. If Plaintiff has stated any claims in this action that are not already asserted in Case 578, he must file an amended complaint in Case 578.
3. Plaintiff's pending motions (8, 11, 15) are DENIED without prejudice as MOOT, because the same motions are also pending in Case 578.
4. This entire case is DISMISSED without prejudice.
5. Nothing further shall be filed in this closed case.

DATED: November 13, 2026

Amanda K. Brailsford
U.S. District Court Judge